# IN THE SUPREME COURT OF THE STATE OF NEVADA

MANDRA ADAMS, INDIVIDUALLY AND AS SPECIAL ADMINISTRATOR OF THE ESTATE OF MANQUISE LESHON ADAMS, A/K/A MANQUISE ADAMS, DECEASED; AND JENN ALEXY, AS SPECIAL CO-ADMINISTRATOR OF THE ESTATE OF MANQUISE LESHON ADAMS, A/K/A MANQUISE ADAMS, DECEASED

Appellants,

vs.

MATTHEW AYERS, INDIVIDUALLY,

Respondent.

No. 76290





FILED

JAN 1 1 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____ S. Young
DEPUTY CLERK

MANDRA ADAMS, INDIVIDUALLY AND AS SPECIAL ADMINISTRATOR OF THE ESTATE OF MANQUISE LESHON ADAMS, A/K/A MANQUISE ADAMS, DECEASED; AND JENN ALEXY, AS SPECIAL CO-ADMINISTRATOR OF THE ESTATE OF MANQUISE LESHON ADAMS, A/K/A MANQUISE ADAMS, DECEASED,

Appellants,

vs.

MATTHEW AYERS, INDIVIDUALLY,

Respondent.

No. 76291

19-01649

## ORDER DISMISSING APPEALS

Pursuant to the stipulation of the parties, and cause appearing, these consolidated appeals are dismissed.[1] The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc: Hon. Nancy L. Allf, District Judge
Nettles Law Firm
Olson, Cannon, Gormley, Angulo & Stoberski
Marquis Aurbach Coffing
Eighth District Court Clerk

---

[1]The parties also request that this court remand this matter to the district court for further proceedings. Upon the dismissal of this appeal, jurisdiction over the underlying case returns to the district court, rendering a remand unnecessary.

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947